UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES DESTEFANO,

Plaintiff,

vs.                                          Case No. 8:05-cv-1299-T-17MSS

HOME SHOPPING NETWORK,

Defendants.
_____/

## ORDER

This cause comes on for consideration upon the filing of Defendant's Motion for Approval of Confidentiality Stipulation (Dkt. 10). The Court finds good cause to enter a Protective Order pursuant to the parties' stipulation. See Fed. R. Civ. P. 26(c), 29. Nothing in the parties' stipulation shall preclude any party from filing any confidential discovery material with the Clerk of the Court or at trial as such restrictions are within the province of the District Court and are subject to greater scrutiny. See In re Alexander Grant & Co., 820 F.2d 352, 355 (11th Cir. 1987), aff'g 629 F. Supp. 593, 597 (S.D. Fla. 1986). Furthermore, despite any contrary language in the Protective Order, leave of court must be obtained before a party may file a discovery document under seal. Additionally, the parties are advised that "[t]he designation of a document as confidential [under the stipulated "umbrella" order] may be viewed as equivalent to a motion for protective order and subject to the sanctions of Fed. R. Civ. P. 26(g)." See Cipollone v. Liggett Group, Inc., 785 F.2d 1108, 1122 n.17 (3d Cir. 1986)(citation omitted). Nothing in the confidentiality stipulation shall shift the burden of proof as to the confidentiality of the documents or the opposing party's entitlement to them. Finally,

despite any contrary language in the Protective Order, the Court will not retain jurisdiction over disputes arising under the Protective Order subsequent to the entry of judgment in the case.

Accordingly, subject to the foregoing, Defendant's Motion for Approval of Confidentiality Stipulation (Dkt. 10) is **GRANTED** and the Court **APPROVES** and **ENTERS** the parties' Joint Stipulation Regarding Confidentiality.

**DONE** and **ORDERED** in Tampa, Florida this __14th__ day of November 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:
Counsel of Record